NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JONKER INVESTMENTS, LP, a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00620-RGK-E<br><br>[**PROPOSED**] ORDER DISMISSAL WITH PREJUDICE |

After consideration of the Joint Stipulation for Dismissal of the entire action

with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Jonker

Investments, LP ("Defendant"), the Court hereby enters a dismissal with prejudice

of Plaintiff's Complaint, only, in the above-entitled action, in its entirety.  Defendant

Jonker Investments, LP's third party complaint remains viable.  Each party shall

bear his or its own costs and attorneys' fees.

     IT IS SO ORDERED.

DATED:  May 26, 2020

_Gary Klausner_

_____
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE